```
            IN THE UNITED STATES DISTRICT COURT FOR
          THE DISTRICT OF MARYLAND, NORTHERN DIVISION

                              *
WILLIAM A. TACCINO,
                              *
    Plaintiff,
                              *
       v.                          CIVIL NO.:  WDQ-09-2921
                              *
ALLEGANY COUNTY, et al.
                              *
    Defendants.
                              *

*    *    *    *    *    *    *    *    *    *    *    *    *
```

ORDER

Upon consideration of Taccino's request for voluntary dismissal (Paper No. 49) and motion for reconsideration (Paper No. 51) and Aydelotte and Cumberland Broadcasting's motion for sanctions (Paper No. 28), it is, this 12th day of July, 2010, ORDERED that:

1. Taccino's motion for reconsideration (Paper No. 51), BE, and HEREBY IS, GRANTED in part and DENIED in part:

    a. Taccino shall file his responses to the pending motions to dismiss, or for summary judgment (Paper Nos. 26 & 27) by Friday, July 23, 2010; and

    b. There will be no further extensions of time to respond to these pending motions;

2.  Pursuant to Local Rule 105.8.b, Taccino shall respond to Aydelotte and Cumberland Broadcasting's motion for sanctions (Paper No. 28) by Friday, July 23, 2010;

3.  Taccino's request for voluntary dismissal (Paper No. 50) shall be GRANTED:

    a.  Counts 8 & 9 shall be dismissed; and

    b.  Counts 10, 11, 36 & 37 shall be dismissed against Tri-County Council and Marc C. Malec;

4.  The Clerk of the Court shall send copies of this Order to the parties.

_____/s/_____
William D. Quarles, Jr.
United States District Judge

2